UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No. ED CV 15-2214-DOC (KKx)                    Date:  November 30, 2015

Title: CORINA P. BAUTISTA V. FEDERAL BUREAU OF INVESTIGATION

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|     Deborah Goltz     |     Not Present     |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CASE WITH PREJUDICE**

On November 18, 2015, this Court granted Defendant Federal Bureau of Investigation's Motion to Dismiss. Ordering Granting Motion to Dismiss as Unopposed (Dkt. 9). The Court wrote that "Plaintiff may file an amended complaint on or before November 25, 2015. Failure to do so, or failure to oppose a second motion to dismiss will result in dismissal with prejudice."

Plaintiff never filed an amended complaint, and has given no indication she wishes to pursue this case. Thus, the Court hereby DISMISSES this case WITH PREJUDICE.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                             Initials of Deputy Clerk: djg
CIVIL-GEN